

June 4, 2021

The Honorable Judge William F. Kuntz
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Via ECF only*

      **RE:**    **Marsil Vayda vs. GC Services Limited Partnership**
                  **Civil Case # 21-cv-1622**

Your Honor,

    I represent the Plaintiff, Vayda Marsil, in the above referenced action, and write in accordance with Your Honor's Individual Practices, and with consent of Counsel for Defendant GC Services Limited Partnership ("GC").

    I am pleased to report that the Plaintiff has reached an agreement to settle all claims with prejudice as alleged in the Complaint against the Defendant GC. Accordingly, I respectfully request the Court adjourn all upcoming dates and deadlines and enter a Thirty (30) Day Order allowing for the parties to finalize and consummate the Settlement Agreement.

    Upon receipt of settlement funds, Plaintiff will file Notice of Dismissal.

    I thank Your Honor and the Court for its kind considerations and courtesies.

                                              Respectfully,

                                              Law Firm of Caelyn T. Canace

                                              */s/ Caelyn T. Canace*
                                              Caelyn T. Canace, Esq.
                                              Office: 1599 East 15th Street, Floor 5,
                                              Brooklyn, NY 11230
                                              Mail: PO Box 414, Shoreham, NY 11786
                                              Tel.: (646) 455-1011
                                              Fax: (646) 676-4002
                                              canacelawfirm@gmail.com
                                              *Counsel for Plaintiff*