UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

Vayda Marsil, individually
and on behalf of all others similarly situated,

                Plaintiff,

vs.

GC Services Limited Partnership,

                Defendant.
_____X

Case No.: 21-cv-1622

NOTICE OF DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Vayda Marsil and/or her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant GC Services Limited Partnership.

Dated: July 12, 2021

Law Firm of Caelyn T. Canace, PLLC

   /s/ Caelyn T. Canace, Esq.
Caelyn T. Canace, Esq.
Office: 1599 East 15th Street, Floor 5, Brooklyn, NY 11230
Mail: PO Box 414, Shoreham, NY 11786
Tel.: (646) 455-1011
Fax: (646) 676-4002
canacelawfirm@gmail.com

*Attorney for Plaintiff Vayda Marsil*

The application is ✓ granted.   ___ denied.
SO ORDERED

s/ WFK
William F. Kuntz, II, U.S.D.J.
Dated: July 12, 2021
Brooklyn, New York